## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright, Deshonda

Printed:  10/9/07

Case Number:  07 B 00874
Judge:  Wedoff, Eugene R
Filed:  1/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 23, 2007
Confirmed:  May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,075.00 |  |
| Secured: |  | 1,969.25 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 105.75 |
| Other Funds: |  | 0.00 |
| Totals: | 2,075.00 | 2,075.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 11,922.75 | 0.00 |
| 3. | Triad Financial Services | Secured | 20,902.68 | 1,969.25 |
| 4. | Wells Fargo Bank | Secured | 30,145.15 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 758.00 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | Nicor Gas | Unsecured | 1,341.63 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 6,700.84 | 0.00 |
| 9. | GEMB | Unsecured |  | No Claim Filed |
| 10. | Allied Interstate | Unsecured |  | No Claim Filed |
| 11. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 12. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 13. | Collection | Unsecured |  | No Claim Filed |
| 14. | Revenue Cycle Solutions | Unsecured |  | No Claim Filed |
| 15. | RMI | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 74,271.05 | $ 1,969.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 50.42 |
| 5.4% | 55.33 |
|  | _____ |
|  | $ 105.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wright, Deshonda

Printed:  10/9/07

Case Number:  07 B 00874

Judge:  Wedoff, Eugene R

Filed:  1/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: